MICHAEL HINCKLEY, State Bar No. 161645
803 Hearst Avenue
Berkeley, California 94710
Telephone:    (510) 486-0800
Facsimile:    (510) 486-0801

Attorneys for Defendant
BRUCE SAIYAD

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | Case No. CR-11-00572 SI |
| Plaintiff, | **AMENDED STIPULATION AND [PROPOSED] ORDER TO CONTINUE STATUS HEARING** |
| vs. | |
| BRUCE SAIYAD, ET AL. | |
| Defendants. | |

Defendant BRUCE SAIYAD, by and through his appointed counsel Michael Hinckley,

Luis Romero by and through his appointed counsel Edward Hu of the Federal Public Defenders

Office, Jesus Perez by and through his counsel George Boisseau, and the United States of

America, by and through Assistant United States Attorney Matthew McCarthy, hereby stipulate

and agree to continue this matter from December 7, 2012 to January 25, 2013 at 11:00 a.m.

Good cause exists for this request in that Mr. Hinckley needs additional time to complete

his discovery review, investigation, and plea discussions due to the recent appointment of his law

partner Lidia Stiglich to the Nevada bench.  As a result of this good fortune for Judge Stiglich,

Mr. Hinckley's caseload and firm administrative responsibilities have doubled overnight

necessitating this request.  Additionally, counsel for defendants Perez and Romero request

additional time to complete review of discovery relevant to a potential plea and/or trial prior to

proceeding.

The parties also stipulate and agree that excluding the time resulting from this continuance from computation under the Speedy Trial Act is appropriate for continuity of counsel, effective case preparation, in the interest of justice and outweighs the best interest of the public and the defendant in a speedy trial.

**IT IS SO STIPULATED.**

Dated: 12/4/2012        /s/Matthew McCarthy

                        Matthew McCarthy
                        Assistant United States Attorney

Dated: 12/4/2012        /s/Michael Hinckley

                        MICHAEL HINCKLEY
                        Attorneys for Defendant
                        Bruce Saiyad

Dated: 12/4/2012        /s/Edward Hu

                        EDWARD HU
                        Attorneys for Defendant
                        Luis Romero

Dated: 12/4/2012        /s/George Boisseau

                        George Boisseau
                        Attorneys for Defendant
                        Jesus Perez

## ORDER

GOOD CAUSE APPEARING, upon stipulation of the parties, this matter is continued from December 7, 2012 to January 25, 2013 at 11:00 a.m. for status.

Also, based upon the representation of counsel and the stipulation, and good cause shown, the Court finds that failure to exclude time from December 7, 2012 to January 25, 2013, would unreasonably deny defendant reasonable time necessary for effective preparation of his counsel, taking into account the exercise of due diligence as well as to insure continuity of counsel. 18 U.S.C. § 3161(h)(7)(B)(iv). The Court finds that the ends of justice served by excluding time from December 7, 2012 to January 25, 2013, from computation under the Speedy Trial act outweigh the best interest of the public and the defendant in a speedy trial.

THEREFORE, IT IS HEREBY ORDERED that the time from December 7, 2012 to January 25, 2013, shall be excluded from computation under the Speedy Trial act. 18 U.S.C. § 3161 (h)(7)(A) &(B)(iv).

IT IS SO ORDERED.

Dated: <u>12/06/2012</u>



Judge Susan Illston