MELINDA HAAG (CABN 132612)
United States Attorney

MIRANDA KANE (CABN 150630)
Chief, Criminal Division

MATTHEW L. McCARTHY (CABN 217871)
Assistant United States Attorney

450 Golden Gate Ave., Box 36055
San Francisco, California 94102
Telephone: (415) 436-7200
Fax: (415) 436-7234
E-Mail: Matthew.McCarthy@usdoj.gov

Attorneys for Plaintiff

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br><br>v.<br><br>LUIS PONCE ROMERO,<br><br>Defendants. | CR No. 11-0572<br><br>~~[PROPOSED]~~ STIPULATED ORDER CONTINUING CHANGE OF PLEA HEARING<br><br>**Current Hearing Date:** **July 12, 2013**<br>Time: 11:00 am<br>Judge: Hon. Susan Illston<br><br>**Proposed Hearing Date:** **August 2, 2013**<br>Time: 11:00 am |

The above-captioned case is currently scheduled for a change-of-plea on July 12, 2013. However, the parties need additional time to finalize the proposed disposition in this matter in light of the Supreme Court's recent decision in *United States v. Davila*. Accordingly, the parties jointly request that the change-of-plea be continued to Friday, August 2, 2013.

Further, the parties stipulate and jointly request that time be excluded from the Speedy Trial Act calculations from July 12, 2013 through August 2, 2013 for effective preparation of counsel. The parties agree that the ends of justice served by granting such a continuance outweighed the best interests of the public and the defendants in a speedy trial. *See* 18 U.S.C. § 3161(h)(7)(A).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence. Taking into account the proposed exclusion of time, the "speedy trial" date for this matter would therefore be October 18, 2013.

IT IS SO STIPULATED.

7-10-13 /s/

DATED

MELINDA HAAG
United States Attorney
Northern District of California
MATTHEW L. McCARTHY
Assistant United States Attorney

7-10-13 /s/

DATED

EDWARD HU
Attorney for Luis Ponce Romero

**[PROPOSED] ORDER**

For good cause shown, the change of plea hearing now scheduled for July 12, 2013 is vacated. The matter shall be added to the Court's calendar on Friday, August 2, 2013 at 11:00 a.m. for change of plea.

In addition, for the reasons stated above, the Court finds that an exclusion of time from July 12, 2013 through August 2, 2013 is warranted and that the ends of justice served by

the continuance outweigh the best interests of the public and the defendant in a speedy trial. See 18 U.S.C. §3161 (h)(7)(A). The failure to grant the requested continuance would deny defense counsel the reasonable time necessary for effective preparation, taking into account the exercise of due diligence, and would result in a miscarriage of justice. See 18 U.S.C. §3161(h)(7)(B)(iv).

Pursuant to 18 U.S.C. § 3161, and Crim. Loc. Rule 47-2(c), there are seventy (70) days remaining before the trial in this case must commence, and the "speedy trial" date by which trial must commence is therefore October 18, 2013.

IT IS SO ORDERED.

7/12/13
DATED

Susan Illston
HON. SUSAN ILLSTON
United States District Court Judge